**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARIUS MONTGOMERY and<br>LORA SNAPP | ) | |
| Plaintiffs, | ) | Case No. |
| v. | ) | Judge |
| POLICE OFFICER TIMOTHY YOUNG,<br>POLICE OFFICER RYAN BLASKEY, and<br>CITY OF AURORA (IL) | ) | Magistrate Judge |
| | ) | Jury Demand |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COME the Plaintiffs, Mr. Darius Montgomery and Ms. Lora Snapp, by and through their attorney, David S. Lipschultz, and complaining of the Defendants, Police Officer Timothy Young, Police Officer Ryan Blaskey, and City of Aurora, state as follows:

### JURISDICTION AND VENUE

1. This action is brought pursuant to the United States Constitution; 42 U.S.C. §1983 and §1988 (the Civil Rights Act of 1871); and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiffs, accomplished by acts and/or omissions of the Defendants and committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. §1343, §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

### PARTIES

4. The Plaintiffs, Mr. Darius Montgomery (hereinafter "Mr. Montgomery") and Ms. Lora Snapp (hereinafter "Ms. Snapp"), are residents of Will County, State of Illinois.

5. Defendant Police Officer Timothy Young (hereinafter "Officer Young") is an employee of the Defendant City of Aurora, serving as a police officer. At all times relevant to this Complaint at Law ("Complaint") Detective Young was acting within the scope of his employment with the City of Aurora, and under the color of law.

6. Defendant Police Officer Ryan Blaskey (hereinafter "Officer Blaskey") is an employee of the Defendant City of Aurora, serving as a police officer. At all times relevant to this Complaint at Law ("Complaint") Officer York was acting within the scope of his employment with the City of Aurora, and under the color of law.

7. Defendant City of Aurora is a municipal corporation in DuPage County, State of Illinois, and at all times relevant to this Complaint was the employer of Officer Young and Officer Blaskey.

**FACTUAL ALLEGATIONS**

8. On or about May 2, 2022, at approximately 7:15 p.m., Mr. Montgomery was driving his vehicle.

9. All he was doing was picking up his mother, Ms. Snapp, in order to drive her home. She was in the front passenger seat.

10. Officer Young and Officer Blaskey stopped Mr. Montgomer's vehicle without a legal basis.

11. The only "mistake" Mr. Montgomery and Ms. Snapp made was to Drive While Black in the United States, and in this case in Aurora. A university's recent analysis of approximately 20 million traffic stops revealed that black drivers were 63% more likely to be stopped by police even though they drive 16% less than non-black drivers. Taking into account less time on the road, black drivers were approximately 95% more likely to be stopped.

12. Officer Young and Officer Blaskey ordered Mr. Montgomery to exit his vehicle.

13. Officer Young and Officer Blaskey physically removed Mr. Montgomery from his vehicle.

14. Officer Young and Officer Blaskey handcuffed and arrested Mr. Montgomery.

15. Officer Young and Officer Blaskey detained Ms. Snapp throughout this incident.

16. Mr. Montgomery was detained, criminally prosecuted, and found not guilty at trial.

## COUNT I
## SECTION 1983 FALSE ARREST
## AGAINST OFFICERS YOUNG AND BLASKEY

17. Plaintiffs incorporate paragraphs 1 through 16 by reference, as if fully set forth herein.

18. Officer Young and Officer Blaskey did not have probable cause to arrest the Plaintiff and to detain Ms. Snapp.

19. Officer Young and Officer Blaskey's actions violated the Plaintiffs' Fourth Amendment Rights, rights protected by 42 U.S.C. §1983.

20. As a direct and proximate consequence of Officer Young and Officer Blaskey's conduct, the Plaintiffs suffered violations of their constitutional rights, loss of liberty, monetary expenses, fear, emotional distress, and other injuries.

WHEREFORE, the Plaintiffs, Mr. Darius Montgomery and Ms. Lora Snapp, pray that judgment be entered against Officer Young and Officer Blaskey, and order compensation for their damages for pain and suffering, additional compensatory damages, punitive damages, reasonable attorney fees and costs, and such further relief as this Court deems just.

## COUNT II
## SECTION 1983 EQUAL PROTECTION CLASS-OF-ONE
## AGAINST OFFICERS YOUNG AND BLASKEY

21. Plaintiffs incorporate paragraphs 1 through 20 by reference, as if fully set forth herein.

22. Plaintiffs were the victim of discrimination intentionally visited upon them by state actors, Officers Young and Blaskey, who knew or should have known that they had no justification, based on their public duties, for singling out Plaintiffs for unfavorable treatment.

23. Officers Young and Blaskey acted for personal reasons, with discriminatory intent and effect.

24. As a direct and proximate consequence of said conduct of Officers Young and Blaskey, the Plaintiffs suffered violations of their constitutional rights, loss of liberty, monetary expenses, fear, emotional distress, and other injuries.

WHEREFORE, the Plaintiffs, Mr. Darius Montgomery and Ms. Lora Snapp, pray that judgment be entered against Officer Young and Officer Blaskey, and order compensation for their damages for pain and suffering, additional compensatory damages, punitive damages, reasonable attorney fees and costs, and such further relief as this Court deems just.

## COUNT III
## INDEMNIFICATION CLAIM PURSUANT TO 745 ILCS 10/9-102
## AGAINST CITY OF AURORA

25. Plaintiffs incorporates paragraphs 1 through 24 by reference, as if fully set forth herein.

26. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

27. Detective Young and Blaskey, at all times relevant, were employees of the City of Aurora and acted within the scope of his employment for the City of Aurora in committing the acts described herein.

WHEREFORE, in the event Officers Timothy Young and Ryan Blaskey are found liable for the acts alleged above, Defendant City of Aurora will be liable to pay the Plaintiffs any judgment and damages obtained against Officers Young and Blaskey.

**JURY DEMAND**

The Plaintiffs request a trial by jury.

Respectfully submitted,

DARIUS MONTGOMERY and
LORA SNAPP

/s/ David S. Lipschultz
David S. Lipschultz

David S. Lipschultz
Atty No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Fax: 312-414-1887
Email: david@dsllawoffice.com